IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     Case No. MJG-96-0477

Brian H. Davis     *     MJG-98-0501

*******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, __DAVIS, Brian H.__

I certify that: [check and complete one that applies]

__X__ I am admitted to practice in this Court, and my bar number is __1933__.

____ I am a member in good standing of the bar of the highest court of _____.

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__9/3/08__      __/s/ David B. Irwin__
Date      Signature of Counsel

__DAVID B. IRWIN__
Print Name

__IRWIN GREEN + DEXTER, LLP__      __410 832 0111__
Firm Name      Phone No.

__301 W. Pennsylvania Ave__      __410 832 5544__
Address      Fax No.

__Towson MD 21204__      __dirwin@igdlaw.com__
City/State/Zip      Email Address

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 10 days of the defendant's initial appearance in this Court.