

*"A Professional Agency"*
Investigations, Protection Officers,
Polygraph Examinations, Etc.

7125 Harford Road, Baltimore, MD 21234
Office: 410-254-8600 Fax: 410-254-7160

Date:    August 2, 2007

To whom it may concern,

We are the owners of Cotton & Krahling Special Services, Inc., an Investigative and Security Guard Company. Our company was called upon to assist in locating a lost dog in the White Marsh area of Baltimore County Maryland. From Tuesday, July 24 through Monday, July 30, 2007 we were in daily personal contact with Bryan Davis and his fiancée Rhonda Fish regarding her lost dog, a York Shire Terrier named Reilley.

We found it hard to believe that Bryan Davis was functioning after several days of no sleep and no food. Adding to this ordeal was the fact that Bryan and Rhonda were asked to leave the hotel from where Reilley was lost. Bryan then had to cope with locating another place to stay as well as working with the media, police, and others during the on going search. From the beginning of this lost dog effort, Bryan was constantly trying to direct the search in an effort to locate the dog. Rhonda was constantly nearby talking on the phone acting emotional by crying, talking with Bryan and begging him to locate her missing dog. Bryan was attempting to satisfy Rhonda's request, by constantly dealing with numerous individuals (news media, volunteers, fire department, phone calls from people claiming to have information, etc.) Bryan was dealing with trying to find the dog and the stress of finding Reilley. There was no break in dealing with the television news media, newspaper reporters, other people and organizations assisting in the search for the missing dog. We make no claim to be any type of medical expert, but we did see and comment on the stress that Bryan Davis was under during this time.

Professionally,

William L. Cotton, III  President

William C. Krahling, Jr. Vice President