

# Ashland Financial Group, LLC

3312 Paper Mill Road Suite 100 Phoenix, MD. 21131
Office: 410.667.3863 (ext. 102) / Toll Free: 866.691.3863 / Fax: 410.667.0862
Email: contact@ashlandfinancial.net / Website: www.ashlandfinancial.net

September 15, 2008

To:   Mr. David Irwin, Esquire
      301 W. Pennsylvania Ave.
      Towson, MD. 21204

To:   Congresswoman Helen Delich Bentley
      408 Chappelwood Road
      Lutherville, MD. 21093

Please acknowledge this disclosure as confirmation that the refinance loan for Ms. Rhonda Fish and Congresswoman Bentley is in process which should meet a settlement date within the next fifteen to twenty one days. Upon reaching loan settlement the funds needed to settle Mr. Brian Davis's Federal restitution will be included.

Please feel free to contact me should you have any questions or concerns.

Cc: Mr. Brian Davis
Cc: Ms. Rhonda Fish

Best Regards,

Meyer Schlossenberg
Principal





