# Helen Bentley & Associates, Inc.

Helen Delich Bentley, President
Member of Congress 1985-1995
Chairman, Federal Maritime Commission 1969-1975

P.O. Box 413
Lutherville, Maryland 21094-0413
Telephone (410) 561-2070
Fax (410) 561-1868
E-Mail: helenbentley@ hotmail.com

June 27, 2008

The Honorable Marvin Garbis
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

RE: Brian Davis

Dear Judge Garbis:

I am writing you concerning Brian Davis. I have known Brian and his family for several decades. While Brian has had his difficulties in the past, I believe his bad days are behind him. Since his return home, Brian has shown that he is a changed person and that he is trying everything humanly possible to be a productive citizen. In the past he served the State of Maryland with distinction, as a Commissioner for IWIF, and despite his difficulties, they never interfered with his duties, nor did his transgressions come into play with his appointed office.

Since returning home, Brian has worked and is working two and three jobs to rebuild his life. He continues to volunteer his time to work with the terminally ill. He returned home with no money, no family, and effectively with no support system. Brian also voluntarily completed an outpatient program, while doing the aforementioned. Recently, he has come to work for me (part time) in varying capacities, and frankly I am very proud of him. While he is not perfect, Brian has proven to me and many others that he again is trustworthy, and can be believed. The road for him has been hard but I and many others are confident that he is on the road to a good and decent life, if allowed to continue to do so.

It is by this letter that I wish to give you a positive report on Brian Davis. If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Helen Delich Bentley

HDB/sdm



**+LDM**
**MISSIONARIES OF CHARITY**

"As long as you did it to one of these My least brethren, you did it to Me."

Gift of Hope
818 N. Collington Ave.
Baltimore, MD 21205
June 24, 2008

To Whom it may concern:

I am writing to you regarding Brian Davis, whom I have known for two years.

Brian has been a volunteer at the Gift of Hope, our Home for men with AIDS. Brian began volunteering with us, the Missionaries of Charity, several years ago. His original Volunteer work was court ordered. When he finished the required hours, he chose to continue his work as a volunteer.

Brian has been very helpful in working with the men in our Home. He has shown himself to be a loving and compassionate person, with a good sense of duty. He has willingly given his time to help our Poor, even during holidays, like Thanksgiving and Christmas.

Through this letter, I wish to express my gratitude to Brian for his service to the Poorest of the Poor.

Sincerely,

Sr. Manorama M.C.
Sr. Manorama M.C.

Registered Charity S 3509 of 1958 - 1959



**DISTRICT COURT OF MARYLAND**
District Number 8
Essex/Rosedale

**G. DARRELL RUSSELL, JR.**
*Judge*

8914 Kelso Drive
Baltimore, Maryland 21221
(410) 512-2324
Fax: (410) 512-2336
e-mail: g.darrell.russell@courts.state.md.us

Re: Brian Davis

To Whom It May Concern:

Dear Sir or Maam:

I have known the above Mr. Davis for two decades. Our relationship has been both social and professional. He is competent and quite efficient.

He is a sophisticated business person with outstanding organizational, management and communication skills. He is reliable and trustworthy. He is an exemplary individual who would be an asset to any employer. I recommend him highly.

Please feel free to contact me for further information. Thank you for any consideration in this regard.

Sincerely,

G. Darrell Russell, Jr.

# Stebbins Anderson
EST. 1867

Stebbins Anderson Company, Inc. • 802 Kenilworth Drive
Towson, Maryland 21204-2298 • (410) 823-6600 • Fax (410) 321-6078

August 7, 2007

Mr. William Tavik
U. S. Probation Office
250 W. Pratt Street
Suite 400
Baltimore, MD  21201

Dear Mr. Tavik,

Brian Davis has been working part-time on most Saturdays and Sundays.  He is very knowledgeable in our Hardware Department while being extremely out going and friendly to our customers.

I hope Mr. Davis will be able to continue employment at Stebbins Anderson.

Sincerely,

*J. K Knight*

J. Kenneth Knight
VP / General Manager

*The Store That Works For You*